1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| JESUS SOSA SMITH, | 1:05-CV-1365 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until August 4, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, October 28, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: July 5, 2006 | |
| 2 | | /s/ Gina Fazio<br>GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: July 10, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(As authorized by facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

       IT IS SO ORDERED.

**Dated:    July 11, 2006**          **/s/ Lawrence J. O'Neill**
66h44d          UNITED STATES MAGISTRATE JUDGE