1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| JESUS SOSA SMITH ) | |
| ) | 1:05-CV-1365 OWW LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until September 4, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, October 28, 2005, shall proceed under the time limit guidelines set therein.

//

//

//

//

//

//

//

1  Dated: August 4, 2006
                                            /s/ Gina Fazio
2                                           GINA FAZIO,
                                            Attorney for Plaintiff.
3
   Dated: August 7, 2006
4                                           MCGREGOR SCOTT
                                            United States Attorney
5
                                            By: /s/ Kristi C. Kapetan
6                                           (As authorized by facsimile)
                                            KRISTI C. KAPETAN
7                                           Assistant U.S. Attorney

8  IT IS SO ORDERED.

9  **Dated:   August 22, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                   UNITED STATES MAGISTRATE JUDGE
10