1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| JESUS SOSA SMITH ) | |
| ) | 1:05-CV-1365 OWW LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on October 26, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 23, 2006           /s/ Gina Fazio

                                  GINA FAZIO, ESQ.
                                  Attorney for Plaintiff

Dated: November 13, 2006

                                  MCGREGOR SCOTT
                                  United States Attorney

                                  By: /s/ Kristi C. Kapetan
                                  (as authorized via facsimile)
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

1  IT IS SO ORDERED.

2  **Dated:   November 21, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                    UNITED STATES DISTRICT JUDGE